# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

MICHAEL WAYNE HORTON,　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff　　　　　　　　)
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　)　　Case No.  5:11-cv-2692-IPJ-JEO
　　　　　　　　　　　　　　　　)
SHERIFF GENE MITCHELL,　　　)
et al.,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant　　　　　　　)

## MEMORANDUM OF OPINION

The plaintiff, Michael Dwayne Horton, hereinafter referred to as "the plaintiff," has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States were abridged during his incarceration at Lawrence County Jail, in Moulton, Alabama. The magistrate judge filed a report and recommendation on February 28, 2012, recommending that this action be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report it due to be and is hereby ADOPTED and the

recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

A Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 21st day of March, 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE